The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE STARBUCKS CONSUMER LITIGATION

MASTER CASE NO. C11-1985MJP

STIPULATION ALLOWING FOR ONLINE SUBMISSION OF CLAIMS AND PROPOSED ORDER

NOTED FOR CONSIDERATION: MARCH 11, 2013

The Preliminary Approval Order for the Class Action settlement was entered on December 19, 2012. The plan and Order provided for the submission of class members' claim forms by mail in addition to the automatic enrollment for certain class members. The Parties now jointly seek to amend the Preliminary Approval Order to allow for an additional means for Class Members to submit claims. Specifically, the Parties would like to allow claims to be submitted online through a claims process that will be maintained by Simpluris, Inc., the Class Action Administrator appointed by the Court. If this change is approved, the settlement website will be updated with instructions regarding submitting online claims. The administrative costs of processing online claims are anticipated to be minimal in addition to existing administrative costs and will come from the Common Fund. This proposed change would have no impact on any deadlines set in the original Preliminary Approval Order.

STIPULATION ALLOWING FOR ONLINE SUBMISSION OF CLAIMS AND PROPOSED ORDER (MASTER CASE NO. C11-1985MJP) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

The Parties jointly request that the Court enter the Order annexed hereto as Exhibit 1, amending the process by which class members may submit claims to share in the proceeds of the settlement of this action.

DATED this 11th day of March, 2013.

BYRNES KELLER CROMWELL LLP

By: /s/ John A. Tondini
John A. Tondini, WSBA #19092
**Byrnes Keller Cromwell LLP**
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: 206.622.2000
Facsimile: 206.622.2522
Email: jtondini@byrneskeller.com
*Co-Lead and Liaison Counsel for Plaintiffs*

Thomas V. Urmy, Jr.
**Shapiro Haber & Urmy LLP**
53 State Street
Boston, MA 02109
Telephone: 617.439.3939
Facsimile: 617.439.0134
Email: turmy@shulaw.com
*Co-Lead and Liaison Counsel for Plaintiffs*

PERKINS COIE LLP

/s/ Rebecca S. Engrav (per email authorization
Rebecca S. Engrav, WSBA #33275
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Counsel for Defendant Starbucks Corporation*

Jason M. Leviton, WSBA #34106
Jeffrey C. Block, *pro hac vice*
Scott A. Mays, *pro hac vice*
**Block & Leviton LLP**
155 Federal Street, Suite 1303
Boston, MA 02110
Telephone: 617.398.5600
Facsimile: 617.507.6020
Email: jason@blockesq.com
jeff@blockesq.com
scott@blockesq.com
*Co-Lead and Liaison Counsel for Plaintiffs*

STIPULATION ALLOWING FOR ONLINE SUBMISSION OF CLAIMS AND PROPOSED ORDER (MASTER CASE NO. C11-1985MJP) - 2

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 11th day of March, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ John A. Tondini
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
jtondini@byrneskeller.com

STIPULATION ALLOWING FOR ONLINE SUBMISSION OF CLAIMS AND PROPOSED ORDER (MASTER CASE NO. C11-1985MJP) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**EXHIBIT 1**

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE STARBUCKS CONSUMER LITIGATION

MASTER CASE NO. C11-1985MJP

[PROPOSED] ORDER AMENDING PRELIMINARY APPROVAL ORDER

The Court hereby amends its Order Granting Preliminary Approval of the Settlement of this action to allow Class Members to submit claims via the online claim process described in the Parties' Stipulation.

IT IS SO ORDERED, THIS ____ DAY OF _____, 2013.

_____
Marsha J. Pechman
United States District Judge

[PROPOSED] ORDER AMENDING PRELIMINARY APPROVAL
ORDER (MASTER CASE NO. C11-1985MJP) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000