The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE STARBUCKS CONSUMER LITIGATION

MASTER CASE NO. C11-1985MJP

ORDER AMENDING PRELIMINARY APPROVAL ORDER

The Court hereby amends its Order Granting Preliminary Approval of the Settlement of this action to allow Class Members to submit claims via the online claim process described in the Parties' Stipulation.

IT IS SO ORDERED, THIS 13th DAY OF MARCH, 2013.

Marsha J. Pechman
United States District Judge