The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE STARBUCKS CONSUMER LITIGATION

MASTER CASE NO. C11-1985MJP

ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

For the reasons presented in Lead Counsel's Motion for Award of Attorneys' Fees and Costs, the motion is hereby granted. Fees of 25% of the Settlement Amount, $1,733,025 are appropriate in this case both as a percentage and cross-checked to a Seattle area lodestar. Fees of $433,256.25 are approved. Class Counsel's expenses of up to $12,000 are also approved.

IT IS SO ORDERED, THIS 11TH DAY OF MAY, 2013.

_____
Marsha J. Pechman
United States District Judge

ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS'
FEES AND COSTS (MASTER CASE NO. C11-1985MJP) - 1